# In the United States Court of Federal Claims

**No. 07-107T**
**(Filed: April 17, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HAROLD A. COOPER and RUTH COOPER, Deceased,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

---

On April 12, 2007, the parties filed with this Court a joint motion to stay the proceedings in this action pending the final disposition of John Herda and Margaret Herda et. al. v. United States, Fed. Cl. No. 06-224T. The parties previously informed the Court that this case is indirectly related to Herda, Lawrence S. Lewin and Marion E. Lewin v. United States, Fed. Cl. No. 06-751T and Gordon R. Cooke and Jennifer L. Cooke v. United States, Fed. Cl. No. 06-850T. Good cause having been shown, the motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**