# In the United States Court of Federal Claims

**No. 07-107T**
**(Filed October 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**HAROLD A. COOPER and** *
**RUTH COOPER, Deceased,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION TO CONTINUE STAY**

---

On October 29, 2007, the parties filed a joint status report and motion to lift the stay in an indirectly related case Cooke v. United States, No. 06-850T and to continue the stay in the instant case. Good cause having been shown, the Court hereby **GRANTS** the parties' motion and STAYS the case until a decision is made in Cooke v. United States, No. 06-850T. Accordingly, the parties are **ORDERED** to file a joint status report 30 days after the decision in Cooke v. United States, advising the Court of how they wish to proceed in this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**