IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD A. COOPER and RUTH COOPER, | § | |
| | § | |
| Plaintiffs, | § | NO. 1:07-cv-00107 |
| | § | |
| v. | § | Judge Mary Ellen Coster Williams |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF DISMISSAL**

Plaintiffs, Harold A. Cooper and Ruth Cooper, notify the Court of the dismissal of this suit pursuant to RCFC 41(a)(1)(i). No answer has been filed. This case has not been certified as a class action. The Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

Respectfully submitted,

June 9, 2008
Date

/s/ Sallie W. Gladney

Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
ATTORNEYS FOR PLAINTIFFS